■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BUDRISS, Appellant. [4 NYS3d 536]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Toomey, J.), rendered July 18, 2012, convicting him of burglary in the third degree, criminal mischief in the third degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, defense counsel was not ineffective. Counsel engaged in appropriate pretrial motion practice, including a *Sandoval* hearing (*see People v Sandoval*, 34 NY2d 371 [1974]), made appropriate objections during trial, and set forth a defense in his closing statement (*see People v Lee*, 105 AD3d 870 [2013]; *People v Jenkins*, 103 AD3d 753 [2013]). Viewed in totality and as of the time of the representation, counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708, 712 [1998]; *People v Robles*, 116 AD3d 1071 [2014]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is unpreserved and, in any event, without merit. Mastro, J.P., Chambers, Sgroi and Miller, JJ., concur.